Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**RECEIVED**

FEB 2 0 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# UNITED STATES DISTRICT COURT

for the

Eastern District of NC

Civil Division

7:19cv253

Case No. 5:19-CV-45-BO

*(to be filled in by the Clerk's Office)*

|  |  |
|---|---|
| Terry C. Bradley | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
| | ) |
| The Commonwealth of Virginia, et al. | ) |
| Virginia Tech. College | ) |
| Virginia Police Department, et al. | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.  Do not include addresses here.)* | |

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Terry C. Bradley | | |
| Address | 3724 Sapphire Rd Unit 2. | | |
| | Fayetteville | NC | 28303 |
| | *City* | *State* | *Zip Code* |
| County | Cumberland | | |
| Telephone Number | 910-922-2680 | | |
| E-Mail Address | tcbradley7@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | The Commonwealth of Virginia, et al | | |
| Job or Title *(if known)* | Chief Commonwealth Attorney | | |
| Address | 55 East Main Street Suite 2B | | |
| | Christianburg | V.A. | 24073 |
| | *City* | *State* | *Zip Code* |
| County | Montgomery | | |
| Telephone Number | 540-382-5705 | | |
| E-Mail Address *(if known)* | jensenpr@montgomerycountyva.gov | | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Virginia Tech. College/ Virginia Tech. Police Department | | |
| Job or Title *(if known)* | Officer Snidow | | |
| Address | unknown | | |
| | Blacksburg | V.A. | 24061 |
| | *City* | *State* | *Zip Code* |
| County | Montgomery County | | |
| Telephone Number | unknown | | |
| E-Mail Address *(if known)* | unknown | | |

☐ Individual capacity    ☒ Official capacity

| Defendant No. 3 | | | |
|---|---|---|---|
| Name | Virginia Tech.College/Virginia Tech Police Department | | |
| Job or Title *(if known)* | Officer Miano | | |
| Address | unknown | | |
| | Blacksburg | V.A. | 24061 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | unknown | | |
| E-Mail Address *(if known)* | unknown | | |

☐ Individual capacity      ☒ Official capacity

| Defendant No. 4 | | | |
|---|---|---|---|
| Name | Any and  all  unknown defendants | | |
| Job or Title *(if known)* | unknown | | |
| Address | unknown | | |
| | Christianburg | V.A. | |
| | *City* | *State* | *Zip Code* |
| County | Montgomery County | | |
| Telephone Number | unknown | | |
| E-Mail Address *(if known)* | unknown | | |

☐ Individual capacity      ☒ Official capacity

## II.      Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☒  State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

false arrest, violation of due process, malious prosecution, illegal imprisonment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you
    are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal
    officials?

    No


D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any
    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
    42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
    of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
    federal law. Attach additional pages if needed.

    Defendant(s) 1 and 2 conclusively state in official documentation the existence of a warrant for arrest of
    the plaintiff. Such was obtained and executed by defendant 2 stating the location of said arrest.
    Documentation used in this matter was an altered summons to appear. Not a judicial approved arrest
    warrant. (continued on additional pages)

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.


A.  Where did the events giving rise to your claim(s) occur?

    1. False Arrest:
       Defendant(s) 1 as stated, obtained an arrest for the plaintiff, as of 10/22/01. the alleged warrant was
    executed by Defendant 2 on10/26/01, defendant alleges a bond hearing and release on bond.
    2, Violation of Due Process: court record does not support an issuance of arraignment (continued)


B.  What date and approximate time did the events giving rise to your claim(s) occur?

    please note attached additional sheets.


C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
    Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

please note attached sheets.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

None

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

plaintiff request monetary damages in the amount  50 million dollars in damages; as well as 15 million dollars in punitive damages.    The defendant's known and unknown acted in concert to maliously impede the plaintiff's freedoms; fraudently acting within their official capacity, and under color of the law.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *Terry C Bradley*

Signature of Plaintiff

Printed Name of Plaintiff        Terry C. Bradley

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney        _____
Bar Number        _____
Name of Law Firm        _____

| Address | 3724 Sapphire Rd. Unit 1 | | |
|---|---|---|---|
| | Fayetteville | NC | 28303 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | 910-922-2680 | | |
| E-mail Address | | | |